1 | **CAROL ANN MOSES #164193**
Attorney at Law
2 | 545 East Alluvial, Ste. 112
Fresno, California 93720
3 | Telephone: (559) 449-9069
Facsimile: (559) 449-9016
4 |

5 | Attorney for Defendant, NICHOLAS TERRY

6 |

7 |

8 |                     UNITED STATES DISTRICT COURT

9 |                     EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,      )    CASE NO. 6:07-mj-00062-WMW
11 |                                )
                                    )    WAIVER OF DEFENDANT'S
12 |              Plaintiff,         )    PERSONAL APPEARANCE
                                    )
13 | vs.                            )
                                    )
14 | NICHOLAS TERRY,_____)
                                    )
15 |              Defendant.         )
                                    )
16 | _____)

17 |         TO THE ABOVE-ENTITLED COURT:

18 |         The Defendant, NICHOLAS TERRY, having been advised of his right to be present at all

19 | stages of proceedings, including, but not limited to, presentation of and arguments on questions

20 | of fact and law, and to be confronted by and to cross-examine all witnesses, hereby waives the

21 | right to be present at the hearing of any motion or other proceeding in this cause.  Examples of

22 | hearings concerning which the defendant waives the right to be present include when the case is

23 | set for trial, when a continuance is ordered, when a motion to set aside an indictment is heard,

24 | during a plea or change of plea, during sentencing or any case disposition, when a motion for

25 | reduction of bail or for a personal recognizance release is heard.

26 |         The undersigned Defendant requests the Court to proceed during every absence of the

27 | Defendant that the Court may permit pursuant to this waiver, and hereby agrees that his interest

28 | is represented at all times by the presence of his attorney the same as if the Defendant were

1 personally present in court, and further agrees that notice to Defendant's attorney that
2 Defendant's presence in court on a particular day at a particular time is required is notice to the
3 Defendant of the requirement of Defendant's appearance at that time and place.

Dated: May 7, 2007

By: /s/ Nicholas Terry
    NICHOLAS TERRY

Dated: May 10, 2007

By: /s/ Carol Ann Moses
    CAROL ANN MOSES
    Attorney for Defendant,
    NICHOLAS TERRY

**It is so ordered:**

By: _____
    WILLIAM M. WUNDERLICH
    U.S. MAGISTRATE COURT JUDGEIT IS
SO ORDERED.

**Dated:   May 14, 2007**          **/s/  William M. Wunderlich**
                                   UNITED STATES MAGISTRATE JUDGE